# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEIDERT,<br><br>            Petitioner,<br><br>     v.<br><br>JAMES YATES, Warden, et al.,<br><br>            Respondents. | 1:06-CV-00459 AWI SMS HC<br><br>ORDER WITHDRAWING MAY 25, 2006,<br>FINDINGS AND RECOMMENDATION<br>THAT RECOMMENDED THE PETITION BE<br>DISMISSED<br>[Doc. #17] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 25, 2006, the undersigned issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED, the petition be DISMISSED for failure to state a claim and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty days have passed and no party has filed objections.

The undersigned notes that the case of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D. Cal. 2005), has been appealed to the Ninth Circuit Court of Appeals. According

1  to the Ninth Circuit's docket, the matter was argued and submitted on March 16, 2006.

2      The undersigned hereby WITHDRAWS the Findings and Recommendation issued on
3  May 25, 2006, pending decision by the Ninth Circuit in <u>Sass</u>.

4  IT IS SO ORDERED.

5  **Dated:   August 22, 2006**            **/s/ Sandra M. Snyder**
   icido3                    UNITED STATES MAGISTRATE JUDGE