UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID O. WEIDERT, | ) | 1:06-cv-0459-AWI-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 21) |
| v. | ) | |
| | ) | **ORDER DENYING MOTION TO** |
| JAMES YATES, ET AL., | ) | **DISMISS** (Doc. #10) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 12, 2006, the Magistrate Judge filed Findings and Recommendations that recommended Respondent's motion to dismiss be denied. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order. Over ten days have passed, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported

1

by the record and proper analysis.  Based on a new Ninth Circuit opinion, California prisoners have a liberty interest in parole. See Sass v. California Bd. of Prison Terms, 2006 WL 2506393 at *3 (9th Cir. Aug. 31, 2006). Therefore, the court has subject matter jurisdiction under 28 U.S.C. § 2254 to decide whether Petitioner's Fourteenth Amendment right to due process was violated by the a determination that he was not suitable for parole.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 12, 2006, are ADOPTED IN FULL;
2. Respondents' motion to dismiss (Document #10) is DENIED;
3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 27, 2006**          /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE