# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEIDERT, | 1:06-CV-00459 LJO SMS HC |
| Petitioner, | ORDER DENYING MOTION AS MOOT |
| v. | [Doc. #22] |
| JAMES YATES, Warden, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 12, 2006, Petitioner filed a motion to clarify his filing of objections. In light of the subsequent order of the District Court, the motion to clarify is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   August 16, 2007**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE